FILED
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 JAN 20 P 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMERISOURCEBERGEN DRUG
CORPORATION,

    Plaintiff,

v.

BEDARD PHARMACY INC.,

    Defendant.

: CIVIL ACTION NO.
:
:
:
:
:
:
:
:   05  131 PBS

MAGISTRATE JUDGE _____

# COMPLAINT

Plaintiff, AmerisourceBergen Drug Corporation ("ABDC") alleges the following:

## PARTIES

1. ABDC is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business located at 1300 Morris Drive, Chesterbrook (Tredyffrin Township), Pennsylvania 19087.

2. Defendant Bedard Pharmacy Inc. ("Bedard Pharmacy") is a Maine corporation with its principal place of business located at 61 College Street, Lewiston, Maine 04240.

3. Defendant Bedard Long Term Care ("Bedard LTC") is a Maine corporation with its principal place of business located at 5 Horton Street, Lewiston, Maine 04240.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper pursuant to 28 U.S.C. §1391(a)(2).

## FACTUAL BACKGROUND

6. ABDC is engaged in the business of selling, at wholesale, a broad array of pharmaceutical products.

7. In or about September 2002 Bedard Pharmacy, Bedard Medical, Inc. and Bedard Long Term Care executed an agreement styled "Prime Vendor Agreement" agreeing to pay ABDC for pharmaceutical products. A copy of the Prime Vendor Agreement is attached hereto and incorporated herein as Exhibit "A".

8. Pursuant to the Prime Vendor Agreement, Bedard Pharmacy agreed to pay ABDC semi-monthly as follows: purchases from the 1st through the 15th of the month were due by the 25th of the same month; purchases from the 16th through the end of the month were due by the 10th of the following month.

9. At various times during calendar year 2004, from its facility located in Mansfield, Massachusetts, ABDC sold and delivered to Bedard Pharmacy pharmaceutical products (the "Goods") pursuant to the Prime Vendor Agreement for which Bedard Pharmacy has failed to make payment.

10. In accordance with the Prime Vendor Agreement, Bedard Pharmacy received invoices for the Goods (the "Invoices") and accepted them.

11. Bedard Pharmacy is in default of its obligations pursuant to the Prime Vendor Agreement as a result of, among other things, its failure to pay ABDC for the Goods delivered.

12. ABDC has made demand upon Bedard Pharmacy for the amount due pursuant to the Prime Vendor Agreement.

13. At all times relevant hereto, Bedard Pharmacy continues to refuse to remit payment to ABDC for the Goods sold and delivered.

## COUNT ONE
## BREACH OF CONTRACT

14. ABDC hereby incorporates all of the previous allegations of the Complaint as if set forth fully and at length herein.

15. By reason of the foregoing Bedard Pharmacy has defaulted on its obligations under the Prime Vendor Agreement.

16. By reason of the foregoing, there is immediately due and payable under and in connection with the Prime Vendor Agreement the sum of $171,009.75, plus interest and attorneys' fees as provided by the Prime Vendor Agreement.

WHEREFORE, ABDC respectfully requests that this Honorable Court enter a judgment in its favor and against Bedard Pharmacy Inc. in the amount of $171,009.75, plus interest, attorneys' fees, cost of suit, and such other, further relief as the court deems just.

## COUNT TWO
## UNJUST ENRICHMENT

17. ABDC incorporates all of the previous allegations of the Complaint as if set forth at length herein.

18. By not paying ABDC for the Goods sold and delivered, Bedard Pharmacy has been unjustly enriched to the detriment of ABDC.

19. The reasonable value of the Goods sold and delivered to APS by ABDC is $171,009.75.

WHEREFORE, ABDC respectfully requests that this Honorable Court enter a judgment in its favor and against Bedard Pharmacy Inc. in the amount of $171,009.75, plus interest, attorneys' fees, cost of suit, and such other, further relief as the court deems just.

## COUNT THREE
## QUANTUM MERUIT

20. ABDC hereby incorporates all of the previous allegations of the Complaint as if set forth fully and at length herein.

21. ABDC claims from Bedard Pharmacy the reasonable value of the Goods provided by ABDC to Bedard Pharmacy upon the promise of Bedard Pharmacy to pay a reasonable price for the same.

22. The reasonable value of the Goods sold and delivered to Bedard Pharmacy by ABDC is $171,009.75.

23. Despite demand for payment, Bedard Pharmacy has refused and continues to refuse to pay ABDC the reasonable value of the Goods.

WHEREFORE, ABDC respectfully requests that this Honorable Court enter a judgment in its favor and against Bedard Pharmacy Inc. in the amount of $171,009.75, plus interest, attorneys' fees, cost of suit, and such other, further relief as the court deems just.

Dated: January 20, 2005

        Respectfully submitted,

        AMERISOURCEBERGEN DRUG CORPORATION

By: _____
        Evan Slavitt, Esquire (466510)
        Jason Caron (639117)
        Bodoff & Slavitt LLP
        225 Friend Street
        Boston, MA  20114-1812
        Telephone: 617-742-7300
        Facsimile: 617-742-9969

Of Counsel

        Morton R. Branzburg, Esquire
        Matthew J. Borger, Esquire
        KLEHR, HARRISON, HARVEY,
        BRANZBURG & ELLERS LLP
        260 S. Broad Street
        Philadelphia, PA  19102-5003
        Telephone: 215-568-6060
        Facsimile: 215-568-6603

        Attorneys for Plaintiff, AmerisourceBergen Drug Corporation

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

05 10131 PBS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED IN CLERK'S OFFICE
2005 JAN 20 P 1:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## I. (a) PLAINTIFFS
Amerisourcebergen Drug Corporation

**(b)** County of Residence of First Listed Plaintiff  Delaware County PA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Evan Slavitt
Bodoff & Slavitt LLP, 225 Friend Street
7th Floor, Boston, MA 02114  617-742-7300

## DEFENDANTS
Bedard Pharmacy, Inc

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. §1332 (a)(1)
Brief description of cause: Recovery of payment for goods sold and delivered.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  January 20, 2005
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Amerisourcebergen Drug Corporation v. Bedard Pharmacy, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
          *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

   FILED IN CLERK'S OFFICE
   2005 JAN 20 P 1:46
   U.S. DISTRICT COURT
   DISTRICT OF MASS.

   05 10131 PBS

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Evan Slavitt
ADDRESS  Bodoff & Slavitt LLP, 225 Friend Street, 7th Floor, Boston MA 02114
TELEPHONE NO.  617-742-7300

(Coversheetlocal.wpd - 10/17/02)