```
                                        FILED
                                    IN CLERKS OFFICE

                                    2005 FEB -9  P 3: 11
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05 10131 PBS |
| v. ) ) | |
| BEDARD PHARMACY INC., ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF SERVICE

I, Kathleen A. Kerigan, hereby certify that on February 9, 2005, I served one copy of each of the Amended Complaint by first-class mail; postage pre-paid, to Bedard Pharmacy, Inc., 61 College Street, Lewiston, ME 04240.

Kathleen A. Kerigan
Paralegal
Bodoff & Slavitt LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812
617-742-7300 (phone)

Dated: 2-9-05