## UNITED STATES DISTRICT COURT

District of  Massachusettes

AmerisourceBergen Drug Corporation

V.

Bedard Pharmacy, Inc.

**SUMMONS IN A CIVIL CASE**

FILED
IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:   05-10131

**05 10131 PBS**

TO: (Name and address of Defendant)

Bedard Pharmacy, Inc.
61 College Street
Lewiston, Maine   04240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA   19102

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-30-05

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-28-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN J. Surette | Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Berard Pharmacy 61 College St. Lewiston, ME. 04240  "Steve" - Vice President Berard Pharmacy

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/2005
            Date

Signature of Server

PO Box 116 Litchfield, ME 04350
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

**NAME OF COURT:** US DISTRICT COURT, MASSACHUSETTS

**PLAINTIFF/PETITIONER:** Amerisource vs **DEFENDANT/RESPONDENT:** Bepard Pharmacy

**CASE NUMBER:** 05-10131-PBS

FILED CLERK'S OFFICE
2005 FEB 9 b 3:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Kevin Surette, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served BEPARD PHARMACY, INC
**NAME OF PERSON / ENTITY BEING SERVED**

with (list documents) Summons ; Complaint

by leaving with STEVE — VICE PRESIDENT At
**NAME** **RELATIONSHIP**

☐ Residence _____
**ADDRESS**                    **CITY / STATE**

☒ Business  61 COLLEGE ST.    LEWISTON, ME 04240
**ADDRESS**                    **CITY / STATE**

On 01/28/2005  AT  4:20 PM EST
**DATE**          **TIME**

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ **DATE**
from _____
**CITY**   **STATE**   **ZIP**

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ____ ____  (2) ____ ____
                                                    DATE  TIME      DATE  TIME
(3) ____ ____  (4) ____ ____  (5) ____ ____
   DATE TIME      DATE TIME       DATE TIME

**Description:** Age 40ish  Sex M  Race C  Height 5'10  Weight 185  Hair BRN  Beard cropped  Glasses

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  1  day of  February, 2005.

Doris R Parlin
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Maine



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS