UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BEDARD PHARMACY, INC., )<br>)<br>Defendants. ) | C.A. NO. 05-10131PBS |

## MOTION FOR ADMISSION OF
## RUSSELL B. PIERCE AND ADRIAN P. KENDALL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Hugh J. Gorman, III, a member of the bar of this Court and an attorney for Bedard Pharmacy, Inc., respectfully move this Court to admit Russell B. Pierce and Adrian P. Kendall, attorneys with the law firm of Norman, Hanson & DeTroy, LLC to practice before this Court for the purpose of appearing as co-counsel in the above-captioned case. In support of this request, I state that Mssrs. Pierce and Kendall are people of upstanding character and commendable legal ability. Additionally, the State of Maine grants like privileges to members of the Massachusetts Bar who are in good standing.

Sworn declarations/certificates completed by both Mssrs. Pierce and Kendall in the form required by Local Rule 85.5.3(b) are attached to this motion as Exhibits A and B respectfully.

Wherefore, I respectfully request that this Court issue an Order permitting Attorneys Pierce and Kendall to be admitted Pro Hac Vice in this case.

BEDARD PHARMACY, INC.
*By its attorneys,*

By: \s\ Charles E. Schaub, Jr.
Charles E. Schaub, Jr. BBO #444920
Hugh J. Gorman, III, BBO #552147
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

Dated: March 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 05-10131PBS |
| ) | |
| BEDARD PHARMACY, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Hugh J. Gorman, III hereby certify that on March 3, 2005, a copy of the foregoing document was sent by mail, postage prepaid to the following:

Evan Slavitt, Esq.
Jason Caron, Esq.
Bodoff & Slavitt, LLP
225 Friend Street
Boston, MA  02114-1812

Morton R. Branzburg, Esq.
Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA  19102-5003

\s\ Charles E. Schaub, Jr.
Charles E. Schaub, Jr.  BBO #444920
Hugh J. Gorman, III, BBO #552147
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

517763

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICSOURCEBERGEN DRUG )
CORPORATION, )
 )
      Plaintiff, )
v. ) C.A. NO. 05-10131PBS
 )
BEDARD PHARMACY, INC., )
 )
      Defendants. )

### SWORN DECLARATION OF RUSSELL B. PIERCE IN SUPPORT OF MOTION FOR ADMISISON PRO HAC VICE

I, Russell B. Pierce, being first duly sworn, do hereby depose and state as follows:

1. I am a partner at the law firm of Norman, Hanson & DeTroy, LLC.
2. I am a member in good standing of the Bar of the State of Maine.
3. I do not, at the present time, have a grievance pending against me.
4. I have not been disbarred and am not the object of any pending disciplinary proceeding in any jurisdiction where I have been admitted generally, *pro hac vice,* or in any other way.
5. I am admitted to the practice of law in the following states or other jurisdictions: United States District Court for the District of Maine; United States Court of Appeals for the First Circuit; Supreme Court of the United States.
6. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the District Court for the District of Massachusetts.
7. For the foregoing reasons, I respectfully request that this Court permit me to appear as counsel in this matter.

Signed under the penalties of perjury this 17th day of February, 2005.



Russell B. Pierce

517763

Cumberland County, Maine

    Then personally appeared the above-named Russell B. Pierce who is personally known to me to be the individual whose name is subscribed above.

[AFFIX NOTARY SEAL]

_Caroline J. Wormell_
My Commission Expires: _____

CAROLINE J. WORMELL
Notary Public, Maine
My Commission Expires March 19, 2009

517763



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION,<br><br>  Plaintiff,<br>v.<br><br>BEDARD PHARMACY, INC.,<br><br>  Defendants. | C.A. NO. 05-10131PBS |

## SWORN DECLARATION OF ADRIAN P. KENDALL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Adrian P. Kendall, being first duly sworn, do hereby depose and state as follows:

1. I am a partner at the law firm of Norman, Hanson & DeTroy, LLC.
2. I am a member in good standing of the Bar of the State of Maine.
3. I do not, at the present time, have and have never had a grievance pending against me.
4. I have not been disbarred and am not the object of any pending disciplinary proceeding in any jurisdiction where I have been admitted generally, *pro hac vice,* or in any other way.
5. I am not admitted to the practice of law in any other state or other jurisdiction.
6. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the District Court for the District of Massachusetts.
7. For the foregoing reasons, I respectfully request that this Court permit me to appear as counsel in this matter.

Signed under the penalties of perjury this 15th day of February, 2005.

_____
Adrian P. Kendall

517763

Cumberland County, Maine

    Then personally appeared the above-named Adrian P. Kendall who is personally known to me to be the individual whose name is subscribed above.

[AFFIX NOTARY SEAL]
                                                                      *Caroline J. Wormell*
                                                  My Commission Expires:_____

                                                             CAROLINE J. WORMELL
                                                             Notary Public, Maine
                                                       My Commission Expires March 19, 2009

517763