UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

### DEFENDANT BEDARD PHARMACY, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

Defendant Bedard Pharmacy, Inc. moves to dismiss Plaintiff's Amended Complaint pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure. Plaintiff's action should be dismissed on the basis of lack of personal jurisdiction over Defendant Bedard Pharmacy, Inc., a small pharmacy located in Lewiston, Maine, doing business only in Maine (F.R.Civ.P. 12(b)(2)); Plaintiff's action should similarly be dismissed on the basis of improper venue under 28 U.S.C. § 1391(a) (F.R.Civ.P. 12(b)(3)). Finally, in the alternative, this action may be transferred either for lack of jurisdiction or for improper venue, to the United States District Court for the District of Maine, pursuant to 28 U.S.C. §§ 1404 & 1406 (transfer to change venue) or § 1631 (transfer to cure want of jurisdiction). Defendant requests, therefore, that this action be dismissed without prejudice for want of jurisdiction and/or improper venue, or in the

alternative, in the interest of justice Defendant requests that this Court transfer venue of the action to the United States District Court for the District of Maine.

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I, Hugh J. Gorman, III, counsel to Defendant Bedard Pharmacy, Inc., certify that I have conferred with the Plaintiff's counsel, Jason Caron, and have attempted in good faith to resolve or narrow the issues presented by the foregoing motion, without success.

Dated: March 4, 2005

HINCKLEY ALLEN SNYDER, LLP

By: \s\ Charles E. Schaub, Jr.
Charles E. Schaub, Jr.
BBO #444920
Hugh J. Gorman, III, Esq.
BBO #552147
Attorney for Defendant
28 State Street
Boston, MA 02109-1775
617-345-9000

Russell B. Pierce, Jr., Esq.
Adrian P. Kendall, Esq.
NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112
207-774-7000

Of Counsel

520052