UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

## DECLARATION OF MICHAEL R. NADEAU

1.    My name is Michael R. Nadeau.  I am the President of Bedard Pharmacy, Inc., which is named as the Defendant in the above-captioned matter.

2.    Bedard Pharmacy, Inc. is a Maine corporation, with an office and pharmacy located in Lewiston, Maine.  We have no offices or business locations outside of Lewiston, Maine.

3.    All of the employees of Bedard Pharmacy, Inc., including my wife Annette who is Treasurer of the company, work for us in Lewiston.  There are no employees of Bedard Pharmacy, Inc. outside of Maine.

4.    We do not transact business outside of Maine.  We do not solicit business outside of Maine.

5.    The contract that AmerisourceBergen Drug Corporation raises in this case is a contract that was solicited from us when an agent of Amerisourcebergen named Russell Crane physically came to Lewiston to solicit our business.

6.    The contract in issue was therefore solicited, negotiated, and signed by us in the State of Maine, and not in Massachusetts.

7.    Annette Nadeau and I have significant on-call emergency pharmaceutical responsibility in connection with our business. It would be difficult and a substantial hardship for us to attend court or trial proceedings outside of Maine. On information and belief, as a pharmaceutical supply company, Amerisourcebergen Drug Corporation would not suffer any hardship if this case were transferred to Maine.

**I DECLARE, PURSUANT TO 28 U.S.C. § 1746, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on _3/3/05_

_____
Michael R. Nadeau, President
Bedard Pharmacy, Inc.