## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | : : : : | CIVIL ACTION NO. 05 10131 PBS |
| Plaintiff, | : : | |
| v. | : : | |
| BEDARD PHARMACY INC., | : : | |
| Defendant. | : : : | |

## DECLARATION OF RUSSELL C. CRANE IN OPPOSITION
## TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE

1.     My name is Russell C. Crane.  I am employed by AmerisourceBergen Drug Corporation ("Amerisource"), plaintiff in the above-captioned action, as the Sales Director for the Northeast Region-Retail.   My business address is 101 Norfolk Street, Mansfield, Massachusetts.

2.     On or about September 4, 2002, I signed the Prime Vendor Agreement by and between Amerisource and Bedard Pharmacy, Inc. ("Bedard") on behalf of Amerisource. Michael R. Nadeau, President of Bedard signed the Prime Vendor Agreement on behalf of Bedard Pharmacy, Inc.

3.     I am the individual who, on behalf of Amerisource, had primary contact with Bedard and its representations in the negotiation of the Prime Vendor Agreement.

4.     Prior to execution of the Prime Vendor Agreement in September 2002, Bedard hired a business consultant located in Norwood, Massachusetts named Creative Business

PHIL1 615464-1

Specialists, Inc. to act as Bedard's agent with regard to its negotiations with Amerisource on the Prime Vendor Agreement. In particular, Bedard retained an individual named Jack Hellmann who is the CEO of Creative Business Specialists, Inc.

5.    While the majority of the negotiations regarding the terms of the Prime Vendor Agreement were conducted in Maine, Mr. Hellmann and I also discussed Bedard's business relationship with Amerisource and the Prime Vendor Agreement while at Mr. Hellmann's office in Massachusetts and at Amerisource's offices in Massachusetts. Specifically, I have reviewed my calendar and can confirm that Mr. Hellmann and I met in Massachusetts to discuss the Bedard Prime Vendor Agreement and to discuss Bedard's business relationship with Amerisource on the following dates:

- April 25, 2002 – my first meeting with Jack Hellmann at the Amerisource Distribution Center at 219 Medford Street, Malden, MA 02148.

- October 31, 2002 – I meet with Jack Hellmann at the Amerisource Distribution Center at 219 Medford Center, Malden, MA 02148.

- September 9, 2003 – I met with Jack Hellmann at his office at 1 Walpole Street, Norwood, MA 02062.

- September 24, 2003 – I met with Jack Hellmann at his office at 1 Walpole Street, Norwood, MA 01062.

6.    At all times during the negotiation of the Prime Vendor Agreement, Mr. Nadeau (Bedard's President) and Mr. Hellmann (Bedard's agent) knew that I was based in Billerica, Massachusetts and Mansfield, Massachusetts. At all times during the negotiation of the Prime Vendor Agreement, Mr. Nadeau (Bedard's President) knew that Bedard's agent, Mr. Hellmann, was based in Norwood, Massachusetts.

7.    In addition, during the negotiation of the Prime Vendor Agreement and at all times thereafter, Bedard has known that all shipments of pharmaceutical products to Bedard were made from Amerisource's distribution center in Mansfield, Massachusetts. Similarly, all returns of pharmaceutical products Bedard has made have been sent by Bedard back to Amerisource's distribution center in Mansfield, Massachusetts.

8.    During the course of the commercial relationship between Amerisource and Bedard, Mr. Nadeau and other Bedard representative have called me directly while I was in Billerica, Massachusetts and my Mansfield, Massachusetts offices with questions or to discuss the business relationship between Amerisource and Bedard. Mr. Nadeau and other Bedard representatives have also sent email messages to me at Billerica, Massachusetts and Mansfield, Massachusetts.

9.    In addition, Bedard personnel have made numerous calls to the Amerisource Distribution Center in Mansfield, Massachusetts. Attached hereto as Exhibit A is a copy of the Customer Service Telephone Tracking Log related to calls made by Bedard personnel. Altogether, between October 2003 and November 2004 Amerisource personnel recorded 128 separate calls made by Bedard personnel to the Amerisource Distribution Center in Mansfield, Massachusetts. Importantly, Amerisource only recorded Bedard calls on this log if there was an issue that was significant or required follow-up. There were actually many more calls than just the 128 shown on the log that involved issues like stock availability or technical questions.

10.    Mr. Nadeau and other Bedard representatives have also sent numerous letters to my Mansfield, Massachusetts business address regarding the business relationship between Amerisource and Bedard. Attached hereto as Exhibit B is a June 11, 2004 letter from Michael

3

Nadeau to me at my business address in Mansfield, Massachusetts. In his June 11 letter, Mr. Nadeau acknowledges the extent of his negotiations and discussions with Amerisource personnel in Massachusetts. For example, in trying to resolve what Mr. Nadeau termed an alleged "pricing discrepancy," he acknowledges working with an individual named Steve Torra in the Mansfield, Massachusetts office. Mr. Torra states Bedard personnel spent "countless hours" working with Mr. Torra and the data he provided. Based on the alleged "pricing discrepancy" attached to the June 11 letter a purported invoice to Amerisource at 101 Norfolk Street, Mansfield, Massachusetts 02048.

11.     Attached hereto as Exhibit C is a letter from Mr. Nadeau to me at my business address in Mansfield, Massachusetts dated September 23, 2004. In the September 23 letter, Mr. Nadeau again acknowledges all the "meetings and telephone calls" he and other Bedard representative have had with Amerisource personnel in Massachusetts.

I declare, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the foregoing is true and correct.

Dated: March 18, 2005

_Russell C. Crane_
Russell C. Crane

# EXHIBIT A

```
03/11/2005  10:36    5083370572        AMERISOURCEBERGEN              PAGE  01
                                   AmerisourceBergen
                         Customer Service Telephone Tracking
Account Number  -    04-023333    Division  -   4  Sel. Status  -    Select -  ____
------------------------------------------------------------------------------
Contact Name  -                              Route/Stop     - D01 / 025
Company Name  - BEDARD LPC PHCY {Z}          Last Invoice # - 4717696
Address 1  -    5 HORTON ST                  Invoice Date   -   9/24/04
Address 2  -                                 Dea Number     BB7827352
City/State/Zip LEWISTON, ME 04240                Exp        7/31/05
Phone - 207 786 0138 EXT-        Fax -
EMAIL -                                       ACTIVE , , ,
------------------------------------------------------------------------------
     Date     Time  Cd P S Userid     Ref. # Comment Description        More
  1  9/27/04  8:52 DS 1 C DCS0416     15208 Phenylade orange flvr #472    *
  2  9/22/04 15:26 DS 1 C DCS0416     15123 Phenylade-Chocolate, Vanil    *
  3  9/10/04 10:12 DS 1 C DCS0414     14686 2 enbrel per rick
  4  8/13/04  9:28 DS 1 C DCS0417     13595 PHENYLADE CHOC MIX FOR 2 C
  5  8/10/04 10:28 DS 1 C DCS0416     13472 #472201, 472187, 470094, &    *
  6  7/28/04 11:52 RA 1 C DCS0407     13055 per Maureen  r/a for 1x 48    *
  7  7/27/04 12:08 DS 1 C DCS0416     13010 enbrel for 4 boxes per Jak
  8  7/26/04 11:45 RA 1 C DCS0414     12962 6 different items 6 differ    *
                                                             More...
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

18 PAGES

```
03/11/2005  10:35  5083376572          AMERISOURCEBERGEN          PAGE  02
```

AmerisourceBergen
Customer Service Telephone Tracking
Account Number -   04-023333   Division -   4  Sel. Status -     Select -  ____

```
Contact Name -                                   Route/Stop   - D01 / 025
Company Name - BEDARD LTC PHCY (Z)               Last Invoice # - 4717696
Address 1 -   5 HORTON ST                        Invoice Date  -   9/24/04
Address 2 -                                      Dea Number    BB7827352
City/State/Zip LEWISTON, ME 04240                      Exp      7/31/05
Phone - 207 786 0138 EXT-          Fax -
EMAIL -                                                ACTIVE ...
```

| | Date | Time | Cd | P | S | Userid | Ref. # | Comment Description | More |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 7/14/04 | 12:34 | RA | 1 | C | DCS0414 | 12609 | item #003727 @ 1 order err | |
| 10 | 7/09/04 | 9:24 | NO | 1 | C | DIC0404 | 12404 | Ann-#035027837-confirm wan | * |
| 11 | 7/09/04 | 15:26 | RA | 1 | C | DCS0403 | 12444 | Someone at the phcy entere | * |
| 12 | 7/07/04 | 12:14 | DS | 1 | C | DCS0403 | 12324 | Lisa - DS for Phenylade. 2 | * |
| 13 | 6/30/04 | 12:06 | DS | 1 | C | DCS0417 | 12084 | ENBREL FOR 2   PER MAUREEN | |
| 14 | 6/03/04 | 16:49 | DS | 1 | C | DCS0409 | 11095 | Phenylaide 1cs @ 95414, 95 | * |
| 15 | 4/15/04 | 13:43 | MT | 1 | C | DCS0405 | 4798 | maureen called in a missin | * |
| 16 | 4/09/04 | 10:03 | MP | 1 | C | DCS0414 | 8915 | billed #387514 @ 1 got #16 | * |

More...

F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More

```
03/11/2005  18:36   5083378572              AMERISOURCEBERGEN           PAGE  03

                                   AmerisourceBergen
                            Customer Service Telephone Tracking
    Account Number -    04-023333   Division -   4  Sel. Status -     Select - ____
    ------------------------------------------------------------------------------
    Contact Name -                              Route/Stop      - D01 / 025
    Company Name - BEDARD LTC PHCY (Z)          Last Invoice # - 4717696
    Address 1 -   5 HORTON ST                   Invoice Date   -  9/24/04
    Address 2 -                                 Dea Number      BB7827352
    City/State/Zip LEWISTON, ME 04240                 Exp       7/31/05
    Phone - 207 786 0138 EXT-        Fax -
    EMAIL -                                                   ACTIVE ...
    ------------------------------------------------------------------------------
        Date     Time   Cd P S Userid    . Ref. # Comment Description        More
    17  3/18/04  9:15 MC 1 C DCS0412      8076 Inv/P#514969/302693 12/#89   *
    18  3/15/04 11:32 RA 1 C DCS0412      7989 Inv#514970 1/#837005(959)o   *
    19  3/08/04 16:46 DS 1 C DCS0416      7713 botox for 2 /conf #kg1 del
    20  2/02/04 15:11 FG 1 C DCS0403      6081 Maureen/Jake- 467976/20476   *
    21  1/30/04 15:13 SH 1 C DCS0405      4682 Maureen called in a short    *
    22  1/29/04  9:43 MP 1 C DCS0416      5676 INV/PCK #458036/183185 #07   *
    23 12/12/03 16:17 RA 1 C DCS0407      1483 RETURN 1@ 320648 (959)  IN   *
    24 10/30/03 12:04 FG 1 C DCS0414      1077 wanted to keep. 910 post b   *
                                                                         More...

    F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
    F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

03/11/2005 10:35   5083378572           AMERISOURCEBERGEN              PAGE  04

AmerisourceBergen
Customer Service Telephone Tracking
Account Number -    04-023333   Division -   4  Sel. Status -     Select - _____
-----------------------------------------------------------------------------
Contact Name -                               Route/Stop      - D01 / 025
Company Name - BEDARD LTC PHCY (Z)           Last Invoice # - 4717696
Address 1 -     5 HORTON ST                  Invoice Date   -   9/24/04
Address 2 -                                  Dea Number     BB7827352
City/State/Zip LEWISTON, ME 04240               Exp         7/31/05
Phone - 207 786 0138 EXT-        Fax -
EMAIL -                                                      ACTIVE ...
-----------------------------------------------------------------------------
    Date    Time  Cd P S Userid   Ref. # Comment Description        More
 25 10/30/03 16:50 IN 1 C DCS0416      574 maureen inv #353422 1 #152



                                                                 Bottom
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line     F24=More

```
03/11/2005 10:36    5083378572        AMERISOURCEBERGEN          PAGE  05
```

AmerisourceBergen
Customer Service Telephone Tracking
Account Number -   04-048660   Division -   4  Sel. Status -   Select -  _____
------------------------------------------------------------------------
Contact Name -                              Route/Stop     -      /
Company Name - BEDARD MEDICAL INC           Last Invoice # - 4713509
Address 1 -    1125 LISBON ST               Invoice Date   -   9/21/04
Address 2 -                                 Dea Number
City/State/Zip LEWISTON, ME 04240                Exp
Phone - 207 784 3700 EXT-      Fax -
EMAIL -                                                   ACTIVE . . .
------------------------------------------------------------------------

| | Date | Time | Cd | P | S | Userid | Ref. # | Comment Description | More |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/10/04 | 13:11 | SH | 1 | C | DCS0407 | 13405 | per GLenn short 2x 145-033 | * |
| 2 | 7/16/04 | 9:09 | SH | 1 | C | DCS0407 | 11946 | PER GLENN SH 1CS # 526-251 | * |
| 3 | 7/15/04 | 15:22 | DS | 1 | C | DCS0407 | 12685 | per Glenn 4x 916-965 Ilex | * |
| 4 | 6/21/04 | 15:45 | DS | 1 | C | DCS0407 | 11718 | Per Glenn 3 x 8 ea color W | * |
| 5 | 5/14/04 | 9:54 | TX | 1 | C | DCS0407 | 10961 | per glenn 3x 966-883 from | * |
| 6 | 5/21/04 | 14:24 | DS | 1 | C | DCS0407 | 10563 | per Glenn 2x Omron small c | * |
| 7 | 5/12/04 | 9:01 | DS | 1 | C | DCS0407 | 10247 | per Glenn 1x 637-371  cush | * |
| 8 | 4/05/04 | 8:45 | SH | 1 | C | DCS0407 | 8783 | per Glenn sh 1 pk # 330-35 | * |

```
                                                               More....
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:35   5003370572           AMERISOURCEBERGEN            PAGE  06
                                AmerisourceBergen
                        Customer Service Telephone Tracking
Account Number -    04-048660   Division -   4  Sel. Status -      Select -  ____
------------------------------------------------------------------------------
Contact Name -
Company Name -  BEDARD MEDICAL INC              Route/Stop     -        /
Address 1 -     1125 LISBON ST                  Last Invoice # - 4713509
Address 2 -                                     Invoice Date   -   9/21/04
City/State/Zip LEWISTON, ME 04240              Dea Number
Phone - 207 784 3700 EXT-          Fax -          Exp
EMAIL -                                                          ACTIVE...
------------------------------------------------------------------------------
     Date     Time  Cd P S Userid    Ref. # Comment Description       More
  9  4/01/04 15:08 BP 1 C DCS0407     8784 per Glenn sh 5 bars  pack    *
 10  2/18/04  9:01 TX 1 C DCS0407     6827 per Glenn  2# 304-428 filt   *
 11  2/04/04 12:04 SH 1 C DCS0407      806 GLEN I/P 004-351799 962926   *
 12  2/04/04 12:06 MP 1 C DCS0407      215 glenn called mispick         *
 13 12/12/03 16:16 TX 1 C DCS0407     1649 per Glenn 1 case from div    *
 14 12/03/03 16:24 RA 1 C DCS0407     2794 per Glenn return 28cs # 37
 15 10/17/03 11:14 MP 1 C DCS0407      304 per glen    mispick 10/13/0  *

                                                              Bottom
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:36    5083378572        AMERISOURCEBERGEN           PAGE  87
                              AmerisourceBergen
                        Customer Service Telephone Tracking
Account Number -    04-020289 · Division -  4  Sel. Status -   Select -
-------------------------------------------------------------------------
Contact Name - LISA
Company Name - BEDARD PHARMACY (Z)              Route/Stop     -    /
Address 1 -     DO NOT MAIL                     Last Invoice # - 4629829
Address 2 -     KEEP IN FINANCE DEPARTMENT      Invoice Date   -  6/29/04
City/State/Zip LEWISTON, ME 04240              Dea Number     AB1095187
Phone - 207 786 0138 EXT-     Fax - 207 786 0763  Exp          7/31/05
EMAIL -
                                                              ACTIVE
-------------------------------------------------------------------------
    Date    Time  Cd P S Userid   Ref. # Comment Description       More
 1 10/22/04 10:29 MP 1 C DCS0417   15143 INV/P# 716352/905617  1 8H   *
 2  9/30/04  9:37 PR 1 C DCS0418   15182 LISA CALLED W/AN INVOICE T   *
 3  9/24/04 16:56 RA 1 C DCS0414   15204 faxec over 957 entered for
 4  9/21/04  9:48 RI 1 C DCS0403   15052 Sending 2 sets of tags to    *
 5  9/15/04 11:48 RA 1 C DCS0414   14883 item #758065 @ 1 order err
 6  9/14/04 10:48 DS 1 C DCS0403   14812 Lisa/DS for 2 #212-274 (En
 7  9/02/04 11:48 TP 1 C DCS0403   14333 Judy - Cust transmitted sa   *
 8  8/26/04 15:55 RA 1 C DCS0414   14152 item #294546 @ 12 order er   *
                                                              More....
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line   F24=More
```

```
 03/11/2005  10:36   5083378572           AMERISOURCEBERGEN              PAGE  88
```

AmerisourceBergen
**Customer Service Telephone Tracking**
Account Number -    04-020289   Division -   4  Sel. Status -      Select -

```
Contact Name - LISA                              Route/Stop      -      /
Company Name - BEDARD PHARMACY (Z)               Last Invoice # - 4629829
Address 1 -    DO NOT MAIL          (KHHB&E)      Invoice Date   -   6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT         Dea Number       AB1095187
City/State/Zip LEWISTON, ME 04240                      Exp        7/31/05
Phone - 207 786 0138 EXT-      Fax - 207 786 0763
EMAIL -                                                           ACTIVE ...
```

| | Date | Time | Cd | P | S | Userid | Ref. # | Comment Description | More |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 8/26/04 | 16:27 | IV | 1 | C | DCS0420 | 14115 | See also DFD account for m | * |
| 10 | 8/20/04 | 12:50 | FG | 1 | C | DCS0414 | 13887 | item #900555 @ 1 per lisa | * |
| 11 | 8/11/04 | 11:45 | DG | 1 | C | DCS0414 | 13531 | item #448682 @ 1 they rece | * |
| 12 | 8/10/04 | 14:21 | RA | 1 | C | DCS0414 | 13493 | faxed list of outdates. i | * |
| 13 | 7/30/04 | 9:03 | SH | 1 | C | DCS0407 | 13124 | per Lou recd 1 202408 over | * |
| 14 | 7/30/04 | 15:07 | RA | 1 | C | DCS0414 | 13150 | recall 946 entered items # | * |
| 15 | 7/21/04 | 9:52 | MT | 1 | C | DCS0416 | 12628 | inv/pck #645112/765131 #93 | * |
| 16 | 7/07/04 | 10:13 | NO | 1 | C | DIC0404 | 12297 | Lisa-verify #of form  (042 | |

```
                                                                 More...
```

F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More

```
03/11/2005  10:35   5003370572         AMERISOURCEBERGEN           PAGE  09
                              AmerisourceBergen
                       Customer Service Telephone Tracking
Account Number -    04-020289   Division -  4  Sel. Status -    Select -
-------------------------------------------------------------------------
Contact Name - LISA                          Route/Stop      -    /
Company Name - BEDARD PHARMACY {Z}           Last Invoice # - 4629829
Address 1 -    DO NOT MAIL        (KHHB&E)    Invoice Date   -  6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT    Dea Number     AB1095187
City/State/Zip LEWISTON, ME 04240               Exp        7/31/05
Phone - 207 786 0138 EXT-      Fax - 207 786 0763
EMAIL -                                                 ACTIVE
-------------------------------------------------------------------------
    Date     Time  Cd P S Userid    Ref. # Comment Description      More
 17  7/07/04 12:08 DG 1 C DCS0403   12322 Cust. called in 1 #605-618  *
 18  7/01/04 10:52 NO 1 C DIC0404   12141 Camille- missing date/ #04
 19  6/30/04 16:08 RA 1 C DCS0414   12115 faxed over 4 items unretur  *
 20  6/29/04 10:10 NO 1 C DIC0404   11988 Mike- package size incorre  *
 21  6/28/04 13:02 TO 1 C DCS0420   11942 Megestrol & Nicotrol
 22  6/22/04  9:19 DL 1 C DCS0403   11726 Lisa - Driver refused to t  *
 23  6/08/04  9:17 MT 1 C DCS0414   11093 pick #477383 will hold til  *
 24  6/04/04 10:15 RA 1 C DCS0414   11104 item #343848 @ 3  don't ne  *
                                                                More...

F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:36    5083378572              AMERISOURCEBERGEN              PAGE  10
                                    AmerisourceBergen
                             Customer Service Telephone Tracking
Account Number -  04-020289   Division -   4  Sel. Status -        Select -  ____
-----------------------------------------------------------------------------------
Contact Name - LISA                           Route/Stop -
Company Name - BEDARD PHARMACY (Z)            Last Invoice # - 4629829
Address 1 -    DO NOT MAIL          (KBHB&B)  Invoice Date -     6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT     Dea Number    AB1095187
City/State/Zip LEWISTON, ME 04240                    Exp      7/31/05
Phone - 207 786 0138 EXT-      Fax - 207 786 0763
EMAIL - .                                                ACTIVE . . .
-----------------------------------------------------------------------------------
      Date    Time   Cd P S Userid     Ref. # Comment Description           More
  25  5/25/04  9:17 SO 1 C DCS0403     10715 Lisa - needs tote ties. Ri      *
  26  5/24/04  8:56 MP 1 C DCS0417     10562 INV/P# 589612/456011  iCS       *
  27  5/24/04 11:42 DL 1 C DCS0403     10670 Betty - Usually gets deliv      *
  28  5/21/04  8:39 SH 1 C DCS0414     10540 item #173450 @ 11 pick #45      *
  29  5/20/04 11:45 MP 1 C DCS0420     10505 Control...Inv# 004-586747       *
  30  5/19/04 13:59 RA 1 C DCS0414     10542 item #159867 @ 1 entered t      *
  31  5/18/04 16:37 DG 1 C DCS0414     10492 item #698199 @ 1 broken 95
  32  5/18/04 16:45 DG 1 C DCS0414     10493 item #200939 @ 1 ripped  9
                                                                        More...

F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add  Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005 10:36    5083378572         AMERISOURCEBERGEN         PAGE  11
```

AmerisourceBergen
Customer Service Telephone Tracking
Account Number -    04-020289   Division -    4  Sel. Status -      Select -
----------------------------------------------------------------
Contact Name - LISA                              Route/Stop      -      /
Company Name - BEDARD PHARMACY (Z)               Last Invoice # - 4629829
Address 1 -    DO NOT MAIL          (KHHB&R)     Invoice Date   -  6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT        Dea Number     AB1095187
City/State/Zip LEWISTON, ME 04240                     Exp      7/31/05
Phone - 207 786 0138 EXT-
EMAIL -                      Fax - 207 786 0763
                                                      ACTIVE ...
----------------------------------------------------------------

       Date    Time  Cd P S Userid      Ref. # Comment Description      More
   33  4/28/04 12:02 AZ 1 C DCS0405      9664 A-Z catalog shipped out on
   34  4/23/04  8:45 ZZ 1 C DCS0420      9521 Pick# 384617 Case of Sod C *
   35  4/20/04  9:31 RA 1 C DCS0407      9397 per lisa rec'd duplicate o *
   36  4/19/04 14:40 SH 1 C DCS0403      2705 Lisa- 397702/056442, sh 1  *
   37  4/07/04 15:36 SD 1 C DCS0403      8997 Lou - called in 1 #195-313 *
   38  3/29/04 16:56 TO 1 C DCS0414      8607 faxed outdate return enter
   39  3/15/04 14:44 RA 1 C DCS0412      8015 Inv#513386 1/#805473(959)w *
   40  3/05/04 15:08 DG 1 C DCS0403      7625 Cust. called in 1 #532-763 *
                                                              More...
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005 16:35  5083378572          AMERISOURCEBERGEN              PAGE 12
                              AmerisourceBergen
                       Customer Service Telephone Tracking
Account Number -    04-020289   Division -   4  Sel. Status -   Select -  ____
----------------------------------------------------------------------------
Contact Name - LISA                         Route/Stop   -         /
Company Name - BEDARD PHARMACY (Z)          Last Invoice # - 4629829
Address 1 -    DO NOT MAIL        (KHHB&E)   Invoice Date  -   6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT   Dea Number     AB1095187
City/State/Zip LEWISTON, ME 04240               Exp        7/31/05
Phone - 207 786 0138 EXT-      Fax - 207 786 0763
EMAIL -                                                  ACTIVE ...
----------------------------------------------------------------------------
    Date    Time  Cd P S Userid    , Ref. # Comment Description       More
41  3/04/04 14:40 PO 1 C DCS0414    7539 faxed order entered
42  3/04/04 14:41 RA 1 C DCS0414    7540 faxed return outdates  957
43  3/01/04 13:56 DS 1 C DCS0416    7312 #273409 for 1 case per Mik   *
44  2/26/04 16:28 MP 1 C DCS0407    7009 per Maureen short 2# 072-9   *
45  2/24/04  8:57 DG 1 C DCS0403    7016 cust. received damaged pro   *
46  2/16/04 11:25 OD 1 C DCS0412    6706 (954) keyed in faxed out d
47  2/12/04  9:49 ML 1 C DCS0416    5393 inv/pck #453381/176094 per   *
48  2/05/04 13:09 SH 1 C DCS0403    2706 Lisa- 397704/056443, sh 1    *
                                                               More...
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:35    5083378572          AMERISOURCEBERGEN              PAGE  13
```

AmerisourceBergen
**Customer Service Telephone Tracking**

```
Account Number -    04-020289   Division -   4  Sel. Status -      Select -  ____
------------------------------------------------------------------------------
Contact Name - LISA                              Route/Stop  -         /
Company Name - BEDARD PHARMACY (Z)               Last Invoice # - 4629829
Address 1 -    DO NOT MAIL           (KHHB&E)     Invoice Date  -   6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT         Dea Number     AB1095187
City/State/Zip LEWISTON, ME 04240                     Exp        7/31/05
Phone - 207 786 0138 EXT-         Fax - 207 786 0763
EMAIL -                                                      ACTIVE ...
------------------------------------------------------------------------------
     Date     Time   Cd P S Userid      Ref. # Comment Description       More
  49  1/30/04 16:44 DG 1 C DCS0414        6021 item #303180 @ 1 leaked  9
  50  1/28/04 11:48 RA 1 C DCS0414        5853 item #209092 @ 1 order err
  51  1/28/04 13:50 SH 1 C DCS0405        5864 lisa called in a short inv  *
  52  1/22/04  9:58 RA 1 C DCS0412        5547 Inv#440212 2/#371203(959)w  *
  53  1/22/04 15:47 MP 1 C DCS0409        4839 inv 434908 p  135792 wante  *
  54  1/22/04 16:47 RA 1 C DCS0412        5610 Inv#454877 5/#958819(959)o  *
  55  1/21/04 15:06 MT 1 C DCS0405        3550 lisa called in a missing t  *
  56  1/20/04 14:41 SH 1 C DCS0416        5068 inv/pck #445210/159970 for  *
                                                                    More...
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
 03/11/2005  10:36   5003370572          AMERISOURCEBERGEN              PAGE  14
                                   AmerisourceBergen
                          Customer Service Telephone Tracking
    Account Number -    04-020289   Division -   4  Sel. Status -      Select -
   ------------------------------------------------------------------------------
   Contact Name - LISA                             Route/Stop    -       /
   Company Name - BEDARD PHARMACY {Z}              Last Invoice # - 4629829
   Address 1 -     DO NOT MAIL              (KHHB&E)  Invoice Date  -   6/29/04
   Address 2 -     KEEP IN FINANCE DEPARTMENT      Dea Number   AB1095187
   City/State/Zip LEWISTON, ME 04240                   Exp      7/31/05
   Phone - 207 786 0138 EXT-       Fax - 207 786 0753
   EMAIL -                                                       ACTIVE,,,
   ------------------------------------------------------------------------------
      Date.    Time  Cd P. S Userid   . Ref. # Comment Description         More
   57 1/16/04 15:11 SH 1 C DCS0416      5069 inv/pck #445201/160051 #74  *
   58 1/13/04 12:41 SH 1 C DCS0416      4633 INV/PCK #436793/142342 #57  *
   59 1/13/04 12:55 SH 1 C DCS0416      4914 inv/pck #441807/151459 #29  *
   60 1/13/04 18:03 MP 1 C DCS0409      4805 inv 434917 p 136592    want *
   61 12/31/03 12:15 MP 1 C DCS0407     3830 per maureen I/P 004-419840  *
   62 12/26/03 12:50 SH 1 C DCS0403     3714 Lisa- 416725/099719, sh 1   *
   63 12/26/03 15:58 SH 1 C DCS0409      466 short inv 348719 p 957520   *
   64 12/24/03 11:13 FG 1 C DCS0414     4055 item #395301 @ 1 952 enter  *
                                                                  More...
   F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
   F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line   F24=More
```

```
03/11/2005  10:36   5083378572            AMERISOURCEBERGEN            PAGE  15
                                AmerisourceBergen
                        Customer Service Telephone Tracking
Account Number -     04-620289   Division -   4  Sel. Status -    Select -
--------------------------------------------------------------------------------
Contact Name - LISA                           Route/Stop       -    /
Company Name - BEDARD PHARMACY (Z)            Last Invoice # - 4629829
Address 1 -    DO NOT MAIL           (KHHB&E)  Invoice Date   -   6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT     Dea Number      AB1095187
City/State/Zip LEWISTON, ME 04240                 Exp          7/31/08
Phone - 207 786 0138 EXT-        Fax - 207 786 0763
EMAIL -                                                       ACTIVE...
--------------------------------------------------------------------------------
     Date    Time   Cd F S Userid    Ref. # Comment Description        More
  65 12/24/03 11:14 DG 1 C DCS0414    4056 item #169805 @ 2 crushed 9
  66 12/17/03 11:41 SH 1 C DCS0412    3563 Inv/P#413444/91509 3/#0396   *
  67 12/16/03  9:36 MP 1 C DCS0417    3425 INV/P# 410451/084958  8 SH   *
  68 12/15/03  9:44 MP 1 C DCS0417    3354 INV/P# 408950/082923   1 SH  *
  69 12/11/03 15:22 DS 1 C DCS0414    3427 tem #584011 @ 1 botox  del   *
  70 12/09/03 11:19 FG 1 C DCS0414    3216 item #734954 @ 1  952 ente
  71 12/09/03 11:22 SH 1 C DCS0414    3002 ITEM #043570 @ 1 PICK #687   *
  72 12/05/03 13:48 SH 1 C DCS0407    2922 PER LU SHORT 2@ 136717 $14   *
                                                               More...
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:36   5083376572        AMERISOURCEBERGEN              PAGE  16
                                   AmerisourceBergen
                           Customer Service Telephone Tracking
Account Number -    04-020289    Division -  4  Sel. Status -    Select -
--------------------------------------------------------------------------------
Contact Name - LISA                            Route/Stop    -          /
Company Name - BEDARD PHARMACY (Z)             Last Invoice # - 4629829
Address 1 -    DO NOT MAIL          (KHHB&E)   Invoice Date   -  6/29/04
Address 2 -    KEEP IN FINANCE DEPARTMENT      Dea Number    AE1095187
City/State/Zip LEWISTON, ME 04240              Exp        7/31/05
Phone - 207 786 0138 EXT-       Fax - 207 786 0763
EMAIL -                                                    ACTIVE , , ,
--------------------------------------------------------------------------------
    Date      Time  Cd P S Userid     . Ref. # Comment Description        More
 73 12/04/03   8:46 MP 1 C DCS0407       2815 per Lisa I/P 004-399318/06   *
 74 12/02/03  13:47 TX 1 C DCS0414       2798 item #733586 @ 1 ground pe
 75 12/02/03  13:59 CU 1 C DCS0414       2805 item #733586 @ 2 a month @   *
 76 11/21/03  15:40 DS 1 C DCS0414       2328 2 enbrel
 77 11/21/03  15:40 DS 1 C DCS0414       2329 2 enbrel
 78 11/10/03  12:14 SH 1 C DCS0412       1553 Inv/P#370886/001495 3/#747   *
 79 10/29/03   8:53 SH 1 C DCS0416        536 judy/inv/pck 351809/963317   *
 80 10/29/03   8:53 SH 1 C DCS0416        745 inv/p# 356273/973376 1 #26   *
                                                                      More...

F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

```
03/11/2005  10:36    5083378572          AMERISOURCEBERGEN              PAGE  17
                                   AmerisourceBergen
                           Customer Service Telephone Tracking
Account Number -    04-020289   Division -    4  Sel. Status -    Select -
------------------------------------------------------------------------------
Contact Name - LISA                          Route/Stop       -      /
Company Name - BEDARD PHARMACY (Z)           Last Invoice # - 4629829
Address 1 -     DO NOT MAIL          (KHHB&E)  Invoice Date    -   6/29/04
Address 2 -     KEEP IN FINANCE DEPARTMENT   Dea Number     AB1095187
City/State/Zip LEWISTON, ME 04240               Exp         7/31/05
Phone - 207 786 0138 EXT-      Fax - 207 786 0763
EMAIL -                                                      ACTIVE
------------------------------------------------------------------------------
    Date     Time   Cd P S Userid     Ref. # Comment Description          More
81 10/27/03 13:56 SH 1 C DCS0414        882 pick # 971163   item# 04012    *
82 10/27/03 13:57 SH 1 C DCS0414        883 pick # 971163   item # 7596    *
83 10/24/03  9:53 SH 1 C DCS0414        774 pick # 971162 item# 535567     *
84 10/09/03 12:52 IN 1 C DCS0403         63 System issues last night.      *


                                                            Bottom
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More
```

03/11/2005  10:36    5083378572              AMERISOURCEBERGEN                    PAGE  18

AmerisourceBergen
Customer Service Telephone Tracking
Account Number -    04-023341   Division -   4  Sel. Status -     Select -

Contact Name -
Company Name - BEDARD PHCY (DFD RUS                 Route/Stop    - UPS / 425
Address 1 -    61 COLLEGE ST                        Last Invoice # - 4751087
Address 2 -                                         Invoice Date   -  10/27/04
City/State/Zip LEWISTON, ME 04240                   Dea Number    AB1095187
Phone - 207 786 0138 EXT-        Fax -                     Exp     7/31/05
EMAIL -
                                                                  ACTIVE

    Date     Time   Cd P S Userid      Ref. # Comment Description         More
1  11/08/04  15:47  RA 1 C DCS0407     16821 Per Lisa requested a retur     *
2   8/26/04  11:44  IV 1 C DCS0403     13352 Working with Lisa and Guy      *
3   8/26/04  16:25  IV 1 C DCS0420     14114 Ref Inv# 647785, 647786, 6     *
4   5/20/04   9:54  RA 1 C DCS0403     10466 Cust. called to say that a     *

                                                                  Bottom
F1=Exit F2=Contact Maint F6=Activity Help F7=Screen 1 F9=Priority Help
F13=Itm Srch F14=Comment Dtl F15=Add Comment F16=CSO Enter=Dsp Line    F24=More

# EXHIBIT B



**BEDARD**
HEALTHCARE GROUP

*"Your good health is our primary concern"*

June 11, 2004

AmerisourceBergen
101 Norfolk St.
Mansfield, MA. 02048
Att: Russell Crane

Subject: Bedard Purchases

Dear Russ:

Following is a recap of our issues with Amerisource, which in addition to a lot of wasted time and effort has cost us a substantial amount of money. I am taking the time to write this lengthy letter, as I want to make sure everyone is aware of all of the facts.

Meetings: We have had ongoing discussions regarding pricing from Amerisource. After meeting with yourself, Guy, and Tony Capone on September 11, 2003 and yourself and Guy a few more times, not much has happened to compensate us for our lost revenue and time.

Best Price: One of the reasons we began doing business with AmerisourceBergen was your telling me you had a "Best Price" ability to switch to a lower price in another contract. At the September 11, 2003 meeting, Tony said you are not able to do that and you acknowledged it was a mistake on your part to have told me that. This inability doesn't appear to be present within the PHS 340B contract. Around February 8th you told Jack Hellmann that a "fix" had been put in place and was done at Bedard. We did an analysis of this "fix" and it appears that it is only substituting within a contract. Apparently you shifted compliance from Amerisource Select to MHA or Medassets.

Generics: We have not as yet received a 0.25% discount on Generics. Our calculations have indicated there were periods when we should have received this. Also, at the September meeting, you said that you would send us your Generic calculations monthly. This has yet to happen.

We pointed out at the September meeting that we were being penalized for giving Amerisource 100% of our Brand business. By doing this, it reduced the % of Generics in our purchases. If we had not given you all of our Brand business, we would have achieved the 0.25% consistently, even by your calculations. In addition, by giving you all of our Brand business, we lost the 2% discount we used to receive.

Up until the September meeting, our Long Term Care account was being charged, on average, 15% higher than our Pharmacy account. Tony corrected this after this meeting, however, this represented additional lost revenue until it was corrected.

Support: Trying to get to the bottom of all this we initially asked you for information to help us to resolve these pricing discrepancies and you suggested we call Steve Terra at your Mansfield office. After spending countless hours of our time and a consultants time, analyzing and preparing reports based upon this data, which we presented to you at the September meeting, you told us to forget any information that we received from Steve Terra, as it is all wrong. This cost us a tremendous amount of

61 College Street • Lewiston, Maine 04240 • Tel 207-786-0138 • Fax 207-786-0763

      

12/10/2004 14:18 FAX 508 337 8572     BBDC-Boston                    ☑003



**BEDARD**
HEALTHCARE GROUP

June 11, 2004

● Page 2

*"Your good health is our primary concern"*

consulting fees only to be told by you that the data we received from Amerisource is no good and to "throw it away".

<u>Returns:</u> Problems regarding returns policy...it is 60 Days yet we were seeing restocking deductions well before the 60-day period. We had to point out to Amerisource that we were not receiving full credit for our returns. This also took time and expense to research this.

<u>Gross margins</u> Although gross margins from PBM's have decreased somewhat from last year they have not decreased to the extent that we are seeing our gross margin erode. Our problem is gross margin erosion as a result of Amerisource purchases, mainly generics.
Once we identified the problem, and started questioning Amerisource, pricing began coming back in line. As an example, when we were doing our analysis, we found the following to be way out of line in the Pro-Generics Program:

- ✓ Dicloxacillin 500mg (100's) -- 2928687  $14.13 HSCA
  3819778  $47.05 AMSL
- ✓ Clonazepam 0.5mg (500's) - 4145645  $9.84 HSCA
  4101648  $19.20 AMSL
- ✓ Clonazepam 0.5mg (1000's)- 4240438  $24.04 PGNE
  4111084  $38.40 AMSL

We ran an MHA report for Long Term Care (2nd Quarter of 2003) and showed we had lost $7,700.00 due to Amerisource pricing.

Shortly after our September meeting we began to receive for the first time, credits for pricing adjustments, then they stopped as quickly as they began.
- ✓ From 11/12/03 through 12/2/03 we received over 22 days credits of $6,987.41.
  I these figures are extrapolated back to January it would total $70,000 of missing credits and/or overpricing.

Comparing our Pharmacy gross margins during the January '02 through September '02 (Cardinal) against October '02 through December '03 (Amerisource) resulted in the following:
- ✓ Cardinal     22.8%
- ✓ Amerisource <u>17.4%</u>
  Diff     (5.4%)
Applying the difference to Amerisource purchases for this period would result in a $316,000 loss of gross margin from the comparative period.

Comparing our fiscal year ending December '02 gross margin for the Pharmacy (2 ½ months of Amerisource purchases) against our year ending December '03 margins (12 months of Amerisource purchases) resulted in the following:
- ✓ December '02  21.8%
- ✓ December '03  <u>19.3%</u>
  Diff     (2.5%)
Applying the difference to Amerisource purchases for this period would result in a $120,000 loss of gross margin from the comparative period.

61 College Street • Lewiston, Maine 04240 • Tel 207-786-0138 • Fax 207-786-0763



BEDARD
Health Care

BEDARD
Medical



BEDARD
PHARMACY

BEDARD
Long Term Care

12/10/2004 14:18 FAX 508 337 8572          BBDC-Boston                                    ☑004



**BEDARD**
HEALTHCARE GROUP

June 11, 2004

● Page 3

*"Your good health is our primary concern"*

As you can see, there are a number of approaches one can take and the above does not represent all of our various analyses. However, it does show conclusively that we have lost a substantial amount of margin due to pricing errors. Conservatively, this loss is around $150,000 as a minimum. We are asking that you now remit this amount to us.

Sincerely,

Michael R. Nadeau, PD
President


cc:  Jack Hellmann
     Tony Capone, VP

61 College Street • Lewiston, Maine 04240 • Tel 207-786-0138 • Fax 207-786-0763



12/10/2004 14:19 FAX 508 337 8572        BBDC-Boston        005

# Bedard Healthcare Group

61 College Street
Lewiston, Maine  04240
1-207-786-0138 fax 1-207-786-0763

**Invoice No.**        61104

## INVOICE

| Name | *AmerisourceBergen* | Date | 6/10/2004 |
|---|---|---|---|
| Address | *101 Norfolk Street* | | |
| City | *Mansfield* | State *MA*  ZIP *02048* | |
| Phone | | | |

| Description | TOTAL |
|---|---|
| | $60,000.00 |
| Overcharge on Cost of Purchases | |
| Bedard Long Term Care, Inc | |
| | |
| | |
| | |
| | |
| **Subtotal** | $60,000.00 |
| | |
| **TOTAL** | $60,000.00 |

**COMMENTS**

SIGNATURE _____

DATE _____

12/10/2004 14:19 FAX 508 337 8572        BBDC-Boston                    ☑006

# Bedard Healthcare Group

Invoice No.          61104

61 College Street
Lewiston, Maine 04240
1-207-786-0138 fax 1-207-786-0763

## *INVOICE*

| Name | AmerisourceBergen | Date | 6/11/2004 |
|------|-------------------|------|-----------|
| Address | 101 Norfolk Street | | |
| City | Mansfield | State MA | ZIP 02048 |
| Phone | | | |

| Description | TOTAL |
|-------------|-------|
| | $90,000.00 |
| Overcharge on Cost of Purchases | |
| Bedard Pharmacy, Inc | |
| | |
| | |
| | |
| | |
| | |
| Subtotal | $90,000.00 |
| | |
| TOTAL | $90,000.00 |

COMMENTS

SIGNATURE _____

DATE _____

12/10/2004 14:20 FAX 508 337 8572    BBDC-Boston    ☒007

# Bedard Healthcare Group

Invoice No.    61104

61 College Street
Lewiston, Maine 04240
1-207-786-0138 fax 1-207-786-0763

## INVOICE

| Name | *AmerisourceBergen* | Date | 6/11/2004 |
| Address | *101 Norfolk Street* | | |
| City | *Mansfield* | State *MA* ZIP *02048* | |
| Phone | | | |

| Description | TOTAL |
|---|---|
| Overcharge on Cost of Purchases | $150,000.00 |
| Bedard Pharmacy and Bedard Long Term Care | |
| | |
| | Subtotal $150,000.00 |
| | TOTAL $150,000.00 |

COMMENTS

SIGNATURE _____
DATE _____

# EXHIBIT C

12/10/2004 14:21 FAX 508 337 8572      BBDC-Boston      ✉009



**BEDARD**

---

AmerisourceBergen                                 September 23, 2004
101 Norfolk St.
Mansfield, MA. 02048
Att: Russell Crane

Subject: Future Purchases

Dear Russ:

It has been well over a year since we first brought to your attention, the problems we were having regarding your pricing. We took the time to put together a very detailed letter outlining all of the issues as well as specific examples of pricing errors. Most recently, we had an audit by MedAssets and the results supported our position. During the past twelve months there have been meetings and telephone calls, all of which have resulted in no affirmative action taken by AmerisourceBergen. We can only conclude that you have no intention of rectifying this to our satisfaction. Thus, I want to inform you that effective immediately, we will no longer be using AmerisourceBergen as our Primary Vendor.

As to the monies owed to us, we will be deducting $150,000 from your invoices when we submit our remittances.

Sincerely,

Michael R. Nadeau
President

cc: Jack Heimann

CERTIFIED MAIL

---

61 College Street • Lewiston, Maine 04240 • Tel 207-786-0138 • Fax 207-786-0763

