UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred X

Amerisourcebergen Drug Corp.

       V.                                    CA No. 05-10131-PBS

Bedard Pharmacy, Inc.

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Collings for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, *not* including dispositive motions:

(C)        Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

          ( ) Motion(s) for injunctive relief
          ( ) Motion(s) for judgment on the pleadings
          ( ) Motion(s) for summary judgment
          ( ) Motion(s) to permit maintenance of a class action
          ( ) Motion(s) to suppress evidence
          (**X**) Motion to Dismiss or Transfer Venue: Doc. #6.
          ( ) Post Conviction Proceedings[1]
          See Documents Numbered:

(E)        Case referred for events only. See Doc. No(s).

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
          ( ) In accordance with Rule 53, F.R.Civ.P.
          ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions:

March 25, 2005                                    By:    /s/ Robert C. Alba
Date                                                            Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]    See reverse side of order for instructions