UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Hugh J. Gorman, III and Hinckley, Allen & Snyder, LLP as counsel for Defendant Bedard Pharmacy, Inc. Please provide service of all notices, pleadings and the like to the following address: Hugh J. Gorman, III, Hinckley, Allen & Snyder, LLP, 28 State Street, Boston, MA 02109.

Dated: April 5, 2005

HINCKLEY ALLEN SNYDER, LLP

By:   \s\ Hugh J. Gorman, III
     Hugh J. Gorman, III, Esq.
     BBO #552147
     Attorney for Defendant
     28 State Street
     Boston, MA 02109-1775
     617-345-9000

Russell B. Pierce, Jr., Esq.
Adrian P. Kendall, Esq.
NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112
207-774-7000

Of Counsel

523183

## CERTIFICATE OF SERVICE

I, Hugh J. Gorman, III, certify that on this date I served a copy of the foregoing notice on the counsel and parties set forth below by First Class United States Mail Postage Prepaid.

\s\ Hugh J. Gorman, III
Hugh J. Gorman, III

## SERVICE LIST

Alex M. Rodolakis, Esq.
Hanify & King
One Beacon Street
Boston, MA  02108

Office of the United States Trustee
Federal Building
10 Causeway Street, Room 1184
Boston, MA  02222

523183