UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

### JOINT MOTION TO APPROVE STIPULATION RESOLVING DEFENDANT'S MOTION TO DISMISS

Now come Plaintiff, Amerisourcebergen Drug Corporation and Defendant Bedard Pharmacy, and hereby move this Court to enter an Order approving their Stipulation Resolving Defendant's "Motion to Dismiss" filed herewith on the express terms and conditions set forth therein. For the Court's convenience, a proposed form of Order is submitted herewith.

Dated: April 5, 2005

| Plaintiff: | Defendant: |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | BEDARD PHARM |
| By its attorneys, | By its Attorneys, |
| \s\ Jason Caron | \s\ Hugh J. Gorman |
| Jason Caron (BBO #639117) | Hugh J. Gorman, |
| Bodoff & Slavitt LLP | Hinckley, Allen & |
| 225 Friend Street, 7th Floor | 28 State Street |
| Boston, MA 02114-1812 | Boston, MA 02109 |
| (617) 742-7300 | 617-345-9000 |
| Of Counsel | Of Counsel |
| Morton R. Branzburg, Esq. | Russell B. Pierce, |
| Matthew J. Borger, Esq. | Adrian P. Kendall |
| Klehr, Harrison, Harvey, | NORMAN, HANS |
| Branzburg & Ellers LLP | 415 Congress Stre |
| 260 S. Broad Street | P.O. Box 4600 |
| Philadelphia, PA 19102-5003 | Portland, ME 041 |
| 215-568-6060 | 207-774-7000 |

#524316
058289.124764