# United States District Court
# District of Massachusetts

AMERISOURCEBERGEN DRUG
    CORPORATION,
        Plaintiff,

v.                             CIVIL ACTION NO. 05-10131-PBS

BEDARD PHARMACY, INC.,
        Defendant.

## *REPORT AND RECOMMENDATION ON DEFENDANT BEDARD PHARMACY, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE (#6)*

COLLINGS, U.S.M.J.

    In accordance with the Stipulation Resolving Defendant's Motion to

Dismiss for Lack of Jurisdiction, I RECOMMEND that leave be granted to *WITHDRAW* DEFENDANT BEDARD PHARMACY, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE (#6).

The parties are hereby advised that pursuant to Rule 72, Fed. R. Civ. P., any party who objects to this recommendation must file a specific written objection thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140

(1985).

                    /s/ Robert B. Collings
                    ROBERT B. COLLINGS
                    United States Magistrate Judge

April 4, 2005.