UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

## JOINT MOTION TO APPROVE STIPULATION RESOLVING DEFENDANT'S MOTION TO DISMISS

Now come Plaintiff, Amerisourcebergen Drug Corporation and Defendant Bedard Pharmacy, and hereby move this Court to enter an Order approving their Stipulation Resolving Defendant's "Motion to Dismiss" filed herewith on the express terms and conditions set forth therein. For the Court's convenience, a proposed form of Order is submitted herewith.

Dated: April 5, 2005

| Plaintiff: | Defendant: |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | BEDARD PHARM |
| By its attorneys, | By its Attorneys, |
| \s\ Jason Caron<br>Jason Caron (BBO #639117)<br>Bodoff & Slavitt LLP<br>225 Friend Street, 7th Floor<br>Boston, MA 02114-1812<br>(617) 742-7300 | \s\ Hugh J. Gorman<br>Hugh J. Gorman,<br>Hinckley, Allen &<br>28 State Street<br>Boston, MA 02105<br>617-345-9000 |
| Of Counsel | Of Counsel |
| Morton R. Branzburg, Esq.<br>Matthew J. Borger, Esq.<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102-5003<br>215-568-6060 | Russell B. Pierce,<br>Adrian P. Kendall<br>NORMAN, HANS<br>415 Congress Stre<br>P.O. Box 4600<br>Portland, ME 041<br>207-774-7000 |

#524316
058289.124764

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, ) ) ) | |
| Plaintiff ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. ) ) | |
| BEDARD PHARMACY, INC. ) ) | |
| Defendant ) | |

**STIPULATION RESOLVING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND SETTING DATE FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

Now come Plaintiff, Amerisourcebergen Drug Corporation and Defendant Bedard Pharmacy, and hereby stipulate and agree as follows:

1. Defendant's Motion to Dismiss or in The Alternative to Transfer Venue ("Motion to Dismiss") is withdrawn with prejudice, and this matter shall proceed in this Court; and,

2. Defendant shall have up to, and including April 27, 2005 to file a responsive pleading in this case with respect to Plaintiff's Amended Complaint.

Dated: April 5, 2005

| Plaintiff: | Defendant: |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | BEDARD PHARMACY, INC. |
| By its attorneys, | By its Attorneys, |
| \s\ Jason Caron<br>Jason Caron (BBO #639117)<br>Bodoff & Slavitt LLP<br>225 Friend Street, 7th Floor<br>Boston, MA 02114-1812<br>(617) 742-7300 | \s\ Hugh J. Gorman, III<br>Hugh J. Gorman, III (BBO #552147)<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>617-345-9000 |
| Of Counsel | Of Counsel |
| Morton R. Branzburg, Esq.<br>Matthew J. Borger, Esq.<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102-5003<br>215-568-6060 | Russell B. Pierce, Jr., Esq.<br>Adrian P. Kendall, Esq.<br>NORMAN, HANSON & DETROY, LLC<br>415 Congress Street<br>P.O. Box 4600<br>Portland, ME 04112<br>207-774-7000 |