UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION DOCKET NO. 05-10131 PBS |
| v. | ) ) | |
| BEDARD PHARMACY, INC. | ) ) | |
| Defendant | ) | |

## DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME
## TO FILE RESPONSIVE PLEADING TO APRIL 27, 2005

Now comes Defendant Bedard Pharmacy, Inc. ("Bedard") with the assent of the

Plaintiff AmerisourceBergen Drug Corporation and hereby moves this Court for an

extension of time to file a responsive pleading in this case up to and including April 27,

2005.

As grounds for this Motion, Bedard states that it withdraws its Motion To Dismiss

Or In The Alternative To Transfer Venue with prejudice and hereby assents to the

jurisdiction of this Court. As a result of the withdrawal of its Motion, Bedard requests

this additional period of time to prepare and file a response to Plaintiff's Amended

Complaint up to and including April 27, 2005.

WHEREFORE, Bedard asks that this Motion be ALLOWED.

Dated: April 11, 2005

ASSENTED TO:

Plaintiff:                                          Defendant:

AMERISOURCEBERGEN DRUG              BEDARD PHAR
CORPORATION

By its attorneys,                                   By its Attorneys,

\s\ Jason Caron                                     \s\ Hugh J. Gormar
Jason Caron (BBO #639117)                           Hugh J. Gorman,
Bodoff & Slavitt LLP                                Hinckley, Allen &
225 Friend Street, 7th Floor                        28 State Street
Boston, MA  02114-1812                              Boston, MA 0210
(617) 742-7300                                      617-345-9000

Of Counsel                                          Of Counsel

Morton R. Branzburg, Esq.                           Russell B. Pierce,
Matthew J. Borger, Esq.                             Adrian P. Kendall
Klehr, Harrison, Harvey,                            NORMAN, HAN:
Branzburg & Ellers LLP                              415 Congress Stre
260 S. Broad Street                                 P.O. Box 4600
Philadelphia, PA  19102-5003                        Portland, ME 041
215-568-6060                                        207-774-7000