UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION ) ) ) ) Plaintiff, ) ) v. ) ) BEDARD PHARMACY INC., ) ) Defendant. ) ) | Civil Action No. 05-10131-PBS |

**ASSENTED TO MOTION FOR PRO HAC VICE ADMISSIONS OF
MORTON R. BRANZBURG AND MATTHEW J. BORGER**

Plaintiff Amerisourcebergen Drug Corporation. ("ABDC"), by and through its undersigned counsel, hereby moves the Court, pursuant to United States District Court Local Rule 83.5.3(b), for the pro hac vice admission of Morton R. Branzburg and Matthew J. Borger for purposes of this case only.  In further support of its motion, ABDC states as follows:

1.   ABDC desires to have Attorneys Branzburg and Borger participate in its representation in this case given their extensive experience in cases of this type and their familiarity with the facts and circumstances of this case.

2.   Attorney Branzburg and Borger have submitted affidavits together herewith certifying that they are attorneys and members in good standing of each of the states' bars to which they have been admitted, and that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

{00011445.1}

3. One or both of the undersigned counsel, Evan Slavitt and Jason Caron, who are members in good standing of the Massachusetts Bar, will appear with Attorneys Branzburg and Borger at all hearings and the trial of this matter, if necessary.

4. Counsel for the Defendant has been consulted and assents to this motion.

          Respectfully submitted,

          AMERISOURCEBERGEN DRUG CORPORATION
          By its attorneys,

          /s/ Jason Caron
          Evan Slavitt (BBO #466510)
          Jason Caron (BBO #639117)
          Bodoff & Slavitt LLP
          225 Friend Street
          Boston, MA 02114
          (617) 742-7300

Dated: April 11, 2005