UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BEDARD PHARMACY INC.,<br><br>  Defendant. | Civil Action No. 05-10131-PBS |

## AFFIDAVIT OF MATTHEW J. BORGER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Matthew J. Borger, submit this affidavit in support of the Motion for Admission of Matthew J. Borger Pro Hac Vice filed herewith, as certifies as follows:

1. I am an attorney and a member of the firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP.

2. I am a member of the bar and in good standing in the Commonwealth of Pennsylvania and the State of New York. I am also admitted to practice before the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern District of Pennsylvania and the Southern District of New York.

4. I have never been disbarred or suspended from the practice of law in any state, and that there are no disciplinary proceedings pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 31st day of March, 2005, under pains and penalties of perjury,

_____
Matthew J. Borger

{00011446.1}