UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BEDARD PHARMACY INC., <br><br>　　　　Defendant. | Civil Action No. 05-10131-PBS |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(a), plaintiff AmerisourceBergen Drug Corporation, hereby provides the following disclosure:

AmerisourceBergen Corporation is the parent corporation of plaintiff AmerisourceBergen Drug Corporation.

No publicly-held corporation holds ten percent (10%) or more of the stock of AmerisourceBergen Corporation.

Dated:  March 31, 2005

BODOFF & SLAVITT

By: /s/ Jason Caron
    Evan Slavitt, Esquire (466510)
    Jason Caron (639117)
    225 Friend Street
    Boston, MA   20114-1812
    Telephone:  617-742-7300
    Facsimile:  617-742-9969

Of Counsel

    Morton R. Branzburg, Esquire
    Matthew J. Borger, Esquire
    KLEHR, HARRISON, HARVEY,
    BRANZBURG & ELLERS LLP
    260 S. Broad Street
    Philadelphia, PA   19102-5003
    Telephone:  215-568-6060
    Facsimile:  215-568-6603

Attorneys for Plaintiff, AmerisourceBergen Drug Corporation