UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>BEDARD PHARMACY, INC.,<br><br>Defendant<br>_____<br><br>BEDARD PHARMACY, INC. AND BEDARD LONG TERM CARE<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION,<br><br>Counterclaim Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05 10131 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(a), Defendant Bedard Pharmacy, Inc. provides the following disclosure:

Bedard Pharmacy, Inc, is a closely held Maine Corporation.

No publicly held corporation holds ten percent (10%) or more of the stock of Bedard Pharmacy, Inc.

Dated: April 28, 2005

    Defendant:

    BEDARD PHARMACY, INC.

    By its Attorneys,

    \s\ Hugh J. Gorman, III
    Hugh J. Gorman, III (BBO #552147)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    617-345-9000

    Of Counsel

    Russell B. Pierce, Jr., Esq.
    Adrian P. Kendall, Esq.
    NORMAN, HANSON & DETROY, LLC
    415 Congress Street
    P.O. Box 4600
    Portland, ME 04112
    207-774-7000

## CERTIFICATE OF SERVICE

I, Hugh J. Gorman, III, certify that on this date I served a copy of the foregoing Corporate Disclosure Statement on Plaintiff's counsel by First Class United States Mail Postage Prepaid.

    \s\ Hugh J. Gorman, III
    Hugh J. Gorman, III