UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BEDARD PHARMACY, INC., )<br>)<br>Defendant )<br>_____ )<br>)<br>BEDARD PHARMACY, INC. AND )<br>BEDARD LONG TERM CARE )<br>)<br>Counterclaim Plaintiffs )<br>)<br>v. )<br>)<br>AMERISOURCEBERGEN DRUG )<br>CORPORATION, )<br>)<br>Counterclaim Defendant ) | CIVIL ACTION NO. 05 10131 PBS |

**PLAINTIFF-IN-COUNTERCLAIM'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(a), Plaintiff-In-Counterclaim Bedard Long Term Care provides the following disclosure:

Bedard Long Term Care is a closely held Maine Corporation.

No publicly held corporation holds ten percent (10%) or more of the stock of Bedard Long Term Care.

Dated: April 28, 2005

        Plaintiff-In-Counterclaim:

        BEDARD LONG TERM CARE

        By its Attorneys,

        \s\ Hugh J. Gorman, III
        Hugh J. Gorman, III (BBO #552147)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        617-345-9000

        Of Counsel

        Russell B. Pierce, Jr., Esq.
        Adrian P. Kendall, Esq.
        NORMAN, HANSON & DETROY, LLC
        415 Congress Street
        P.O. Box 4600
        Portland, ME 04112
        207-774-7000

## CERTIFICATE OF SERVICE

I, Hugh J. Gorman, III, certify that on this date I served a copy of the foregoing Corporate Disclosure Statement on Plaintiff's counsel by First Class United States Mail Postage Prepaid.

        \s\ Hugh J. Gorman, III
        Hugh J. Gorman, III