UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BEDARD PHARMACY INC.,<br><br>  Defendant. | Civil Action No. 05-10131-PBS |

## NOTICE OF WITHDRAWAL

Please take notice that Jason Caron hereby withdraws his appearance in this matter. Evan Slavitt will continue his appearance in this matter.

Attorneys for Plaintiff,
AmerisourceBergen Drug Corporation

By: /s/ Evan Slavitt
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 20114-1812
Telephone: 617-742-7300
Facsimile: 617-742-9969