UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BEDARD PHARMACY, INC., )<br>)<br>Defendant )<br>_____ )<br>)<br>BEDARD PHARMACY, INC. AND )<br>BEDARD LONG TERM CARE )<br>)<br>Counterclaim Plaintiffs )<br>)<br>v. )<br>)<br>AMERISOURCEBERGEN DRUG )<br>CORPORATION, )<br>)<br>Counterclaim Defendant ) | CIVIL ACTION NO. 05 10131 PBS |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs to any party.

Date: July 20, 2006

/s/ Matthew J. Borger
Matthew J. Borger, Esq
Attorney for AmerisourceBergen Drug Corporation
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA  19102

| | |
|---|---|
| Date: July 20, 2006 | /s/ Hugh J. Gorman, III<br>Hugh J. Gorman, III, Esq.<br>Attorney for Bedard Pharmacy, Inc. and<br>Bedard Long Term Care<br>Hinckley, Allen and Snyder, LLP<br>28 State Street<br>Boston, MA  01209<br>617-345-9000 |